UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14351-CIV-CANNON/MCCABE

JOHN S. CAMMALLERI,

      Petitioner,

v.

SEC'Y, FLA. DEP'T OF CORR.,

      Respondent.

                                                  /

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Magistrate Judge Ryon M. McCabe's Report and Recommendation, issued on July 12, 2022 [ECF No. 20]. The Report recommends denying Petitioner Robinson's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1]. Petitioner filed timely objections [ECF Nos. 22–23].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded de novo review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

After conducting a de novo review of the Report and the record in light of Petitioner's objections, the Court agrees with Magistrate Judge McCabe's conclusions and finds that the reasoning in the Report is correct. The Court also agrees with the Report that Petitioner has failed

CASE NO. 20-14351-CIV-CANNON/MCCABE

to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(2).

***

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge McCabe's Report [ECF No. 20] is **ACCEPTED**.

2. Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1] is **DENIED**.

3. The Court determines that no Certificate of Appealability shall issue.

4. Final Judgment shall issue by separate order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of September 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record